IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNOR A. DAVIS,

        Petitioner,                      No. CIV S-06-2900 LKK DAD P

     vs.

RED BLUFF PAROLE OFFICE, et al.,

        Respondents.              <u>ORDER</u>

_____/

        Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 23, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On March 6, 2007, the findings and recommendations were re-served on petitioner at his last known address. The time period has now expired and petitioner has not filed objections to the findings and recommendations.

/////

/////

1

1      The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4      1. The findings and recommendations filed January 23, 2007, are adopted in full;
5 and
6      2. Petitioner's application for a writ of habeas corpus is dismissed without
7 prejudice for failure to exhaust state court remedies on any claim alleged in the application.
8 DATED: May 7, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT